JOHN M. SORICH (CA Bar No.125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
CHRISTOPHER J. DONEWALD (CA Bar No. 255454)
cdonewald@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants,
CHASE HOME FINANCE, LLC, U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC
MORTGAGE LOAN TRUST 2007-1, MORTGAGE
PASS THROUGH CERTIFICATES, SERIES 2007-1; and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARY JANE DECKARD,<br><br>Debtor.<br>_____<br>Mary Jane Deckard, an Individual.<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-1; Lehman Brothers Holdings, Inc.; First American Loanstar Trustee Services LLC; Aurora Loan Services LLC; Structured Asset Securities Corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.' and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitableright, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto;; and DOES 1-100, Inclusive;<br><br>Defendants | Case No.: 8:10-bk-27141-RK<br><br>**Adversary Case No.:** 8:11-ap-01107-RK<br><br>(Chapter 13)<br><br>JUDGE: Honorable Robert N. Kwan<br><br>**AMENDED NOTICE RE: HEARING OF MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br><u>Old</u><br>Date: May 12, 2011<br>Time: 3:00 p.m.<br>Ctrm: 5D<br><br><u>New</u><br>Date: May 18, 2011<br>Time: 2:00 p.m.<br>Ctrm: 5D<br><br>**ACTION FILED:**   March 3, 2011 |

1

AMENDED NOTICE RE: HEARING OF MOTION TO DISMISS ADVERSARY COMPLAINT

1188933.1

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF AND HER ATTORNEYS OF RECORD, AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** the motion to dismiss adversary complaint of defendants Chase Home Finance LLC ("Chase"), U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 ("US Bank, N.A., as Trustee"), and Mortgage Electronic Registration Systems, Inc. ("MERS," and collectively as "Defendants"), currently scheduled for May 12, 2011 at 3:00 p.m. in Courtroom 5D of the above-entitled Court, the Honorable Robert N. Kwan, United States Bankruptcy Judge, presiding, **has been continued to May 18, 2011 at 2:00 p.m. in Courtroom 5D.**

DATED: April 8, 2011

ALVARADOSMITH
A Professional Corporation

By: /s/ Christopher J. Donewald
JOHN M. SORICH
S. CHRISTOPHER YOO
CHRISTOPHER J. DONEWALD
Attorneys for Defendants
CHASE HOME FINANCE, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-1; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*In re Mary Jane Deckard*
*Mary Jane Deckard v. Chase Home Finance, LLC, et al.,*
8:10-bk-27141-RK
8:11-ap-01107-RK

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On April 8, 2011, I served the foregoing document described as **AMENDED NOTICE RE: HEARING OF MOTION TO DISMISS ADVERSARY COMPLAINT** on the interested parties in this action.

[x]  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[x]  **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ]  **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

[ ]  **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

[ ]  **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

[x]  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on April 8, 2011, at Santa Ana, California.

*/s/ Cynthia Rosas*
Cynthia Rosas

## SERVICE LIST

*In re Mary Jane Deckard*
*Mary Jane Deckard v. Chase Home Finance, LLC, et al.,*
8:10-bk-27141-RK
8:11-ap-01107-RK

Mary Jane Deckard
24404 Alta Vista Drive, Unit 3
Dana Point, CA 92629

**Debtor**

Gary L Harre, Esq.
Diane Beall, Esq.
Global Capital Law PC
17111 Beach Blvd Ste 100
Huntington Beach, CA 92647

T: 714-907-4182
F: 714-907-4175

*ghcmecf@gmail.com*

**Attorney for Debtor**

Amrane (SA) Cohen (TR)
770 The City Dr So Ste #3300
Orange, CA 92868

T: 714-621-0200
F: 714-621-0277

*efile@ch13ac.com*

**Trustee**

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

*ustpregion16.sa.ecf@usdoj.gov*

**United States Trustee**